IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA BROWN o/b/o D.S., Plaintiff | : : : | CIVIL ACTION |
| VS. | : : | |
| CAROLYN W. COLVIN, Commissioner of Social Security, Defendant | : : : | NO. 14-1008 |

## ORDER

EDUARDO C. ROBRENO, J.

AND NOW, this 23 day of DEC, 2014, upon consideration of the plaintiff's request for review, and defendant's response to request for review, and after careful review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Magistrate Linda K. Caracappa.

BY THE COURT:

_____
EDUARDO C. ROBRENO
UNITED STATES DISTRICT JUDGE